## Eli Lilly and Company, Appellant, *v.* West Chester Discount Health & Vitamin Center, Inc.

Argued November 19, 1963. Before JONES, COHEN, O'BRIEN and ROBERTS, JJ.

*Henry T. Reath,* with him *John M. Ross, G. Clinton Fogwell, Jr.,* and *Duane, Morris & Heckscher,* and *Reilly & Fogwell,* for appellant.

*Samuel M. Tollen,* with him *Theodore R. Griffith,* for appellee.

OPINION PER CURIAM, March 26, 1964:

This action under the Pennsylvania Fair Trade Act by a manufacturer-vendor to restrain a non-signer-retailer from selling the manufacturer's products at prices below those stipulated in existing contracts is governed by *Olin Mathieson Chemical Corp. v. White Cross Stores, Inc.,* 414 Pa. 95, 199 A. 2d 266 (1964).

Decree affirmed. Each party to pay own costs.

Mr. Justice JONES dissents.